Isadore Cohen, appellee, v. Syd Fineman and Max Gerrick, appellants. Gen. No. 39,051.

Opinion filed March 11, 1938.
Delmar J. Hill and Hinshaw & Culbertson, for appellants; Oswell G. Treadway, of counsel. Irving G. Zazove and Wolf & Love, for appellee; Alexander Wolf and B. L. Pollak, of counsel. Rowe & Bailey, for appellee Melvin A. Hansen; Joseph A. Bailey and Henry H. Caldwell, of counsel.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Margaret Fendi, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,625.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.
Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Guy C. Guerine and Stebbins, McKinley & Price, for appellee; William McKinley and Paul E. Price, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Julius F. Smietanka, appellant, v. Rose Mikalauskas et al., appellees. Gen. No. 39,659.

Opinion filed March 16, 1938.
George H. Kriete, for appellant. Alice Greenacre, for appellee May C. Hall. Peden, Melaniphy, Ryan & Andreas, for certain appellees. Ostrowski & Noel, for appellee Edward W. Ostrowski.

Mr. Presiding Justice Hebel delivered the opinion of the court.

Dr. Louis E. Schmidt, appellee, v. Fred D. Michael, also known as Frederick Dalton and Frederick Dalton Michael, appellant. The Northern Trust Company, appellee. Gen. No. 39,669.

Opinion filed March 16, 1938. Rehearing denied April 1, 1938.
Hubbard, Baker & Rice, for appellant. Sumner C. Palmer, for appellee Dr. Louis E. Schmidt.

Mr. Presiding Justice Hebel delivered the opinion of the court.